UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JAMES ROBERT BOUCHARD | : | BANKR. NO.: 22-11941 (AMC) |
| | : | |
| Debtor | : | |

**UNITED STATES TRUSTEE'S MOTION
TO DISMISS PURSUANT TO 11 U.S.C. § 707**

The U. S. trustee for Region 3 and 9 (the "U. S. trustee"), in furtherance of the administrative responsibilities imposed under 28 U.S.C. § 586(a), hereby moves under 11 U.S.C. § 707 for dismissal of this case. In support of his motion, the U. S. trustee represents as follows:

1. The Debtor commenced this case on July 26, 2022, by filing a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

2. The § 341 (a) Meeting of Creditors (the "Meeting") was first scheduled for August 31, 2022.

3. Debtor states that the majority of his debt is "consumer" related, (Docket #1, page 7, #16).

4. 11 U.S.C. § 707(a) provides in pertinent part:

    (a) The court may dismiss a case under this chapter only after notice and hearing and only for cause, including--
    (3) Failure of the debtor in a voluntary case to file, within 15 days where such additional time as the court may allow after the filing of the petition commencing such case, information required by paragraph (1) of section 521(a), but only on a motion by the United States trustee.

5. On September 8, 2022, the Office of the United States Trustee requested documentation of certain of Debtor's financial information. (See Exhibit 1 attached).

6.      On September 26, counsel for the Debtor for one week to provide the requested information.

7.      On October 3, 2022, counsel for the Debtor advised that Debtor was still in the process of gathering and sought additional time to provide same.

8.      On October 9, 2022, Debtor's counsel provided payroll statements for the Debtor as had been included in the United States trustee's request and advised that Debtor's spouse was refusing to turnover copies of her payroll information.  No other information or documentation subject of the United States trustee's request was provided

9.      Debtor has otherwise failed to provide any of the requested information and/or documentation.

WHEREFORE, the United State trustee respectfully requests that this Court enter an Order dismissing the above captioned case.

Dated: October 20, 2022

ANDREW R. VARA
United States trustee for
Regions 3 and 9

By: /s/ George M. Conway
George M. Conway
Trial Attorney
Office of the United States trustee
Robert N.C. Nix Federal Building
900 Market Street, Room 320,
Philadelphia, Pennsylvania 19107
(215) 597-4411
george.m.conway@usdoj.gov